June 22, 1978.

M. P. No. 78-202. BRUCE D. FANNING *v.* SUZANNE S. FANNING. Petition for writ of certiorari is denied. *Gilbert V. Indeglia*, for petitioner. *Smith & Smith, Incorporated, Z. Hershel Smith, Edward M. Botelle*, for respondent.

Appeal No. 74-307. PASCO TROTTA *v.* ELIZABETH D. PONO *v.* AUTO CLUB INSURANCE AGENCY, INC. *et al.* Appellants' motion to dismiss the appeal is granted. *Raymond R. Pezza, Eugene F. Toro*, for Elizabeth D. Pono, third-party plaintiff and appellee. *Francis V. Reynolds, Anthony F. DeMarco*, for Auto Club Insurance Agency, Inc. and Lumbermens Mutual Casualty Company, defendants-appellants.

Appeal No. 78-161. TOWN OF HOPKINTON *v.* CLAYTON J. KEISER. The order entered in this court on May 4, 1978, staying all orders of the Superior Court in this matter shall continue in effect until further order of this court. *John R. Payne*, Town Solicitor, for plaintiff. *Clayton J. Keiser*, pro se, defendant.